IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIRECTV, INC,

      Plaintiff,                      No. CIV S-03-1910 KJM

      vs.

CLINT BETTERIDGE,

      Defendant.                <u>ORDER</u>

_____/

        HAVING READ AND CONSIDERED the Stipulation for Voluntary Dismissal Without Prejudice of Defendant Clint Betteridge and Request to Retain Jurisdiction filed by the parties thereto on August 3, 2005, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

        (1)    Defendant Clint Betteridge is hereby dismissed from this action without prejudice;

        (2)    Each of the parties to the stipulation shall bear its/his own costs and attorneys' fees; and

        (3)    As provided by the order of reassignment on the parties' consent filed November 17, 2004, the undersigned shall retain jurisdiction over Plaintiff DIRECTV, Inc. and Defendant Clint Betteridge to enforce the terms of the Settlement Agreement between those

1  parties dated July 1, 2005.

2  DATED: August 5, 2005.

_____
UNITED STATES MAGISTRATE JUDGE